# EXHIBIT 1

CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

I am a current or former employee of BAPS Shri Swaminarayan Mandir, located in Robbinsville, New Jersey. I consent to be a party Plaintiff in an action under the Fair Labor Standards Act ("FLSA") against BAPS Shri Swaminarayan Mandir and/or related entitles and individuals to recover my unpaid minimum wage and overtime pay and all other damages as allowed by the FLSA.

न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ । न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है ।

Signature - हस्ताक्षर: _बृजेन्द्र_____

Print name - नाम लिखें: _बृजेन्द्र_____

Date - दिनांक: _16/3/२०२१_____

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

I am a current or former employee of BAPS Shri Swaminarayan Mandir, located in Robbinsville, New Jersey. I consent to be a party Plaintiff in an action under the Fair Labor Standards Act ("FLSA") against BAPS Shri Swaminarayan Mandir and/or related entitles and individuals to recover my unpaid minimum wage and overtime pay and all other damages as allowed by the FLSA.

### न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ । न्यायोचित श्रम मानक अधिनियम (ऍफएलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफएलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है ।

Signature - हस्ताक्षर: _देवीलाल_

Print name - नाम लिखें: _देवीलाल_

Date - दिनांक: _____

CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

I am a current or former employee of BAPS Shri Swaminarayan Mandir, located in Robbinsville, New Jersey. I consent to be a party Plaintiff in an action under the Fair Labor Standards Act ("FLSA") against BAPS Shri Swaminarayan Mandir and/or related entitles and individuals to recover my unpaid minimum wage and overtime pay and all other damages as allowed by the FLSA.

<u>न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति</u>

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ । न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है ।

Signature - हस्ताक्षर: _____

Print name - नाम लिखें: __keshav kumar__

Date - दिनांक: _____

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

I am a current or former employee of BAPS Shri Swaminarayan Mandir, located in Robbinsville, New Jersey. I consent to be a party Plaintiff in an action under the Fair Labor Standards Act ("FLSA") against BAPS Shri Swaminarayan Mandir and/or related entitles and individuals to recover my unpaid minimum wage and overtime pay and all other damages as allowed by the FLSA.

## न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ । न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कारेवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है ।

Signature - हस्ताक्षर: _Niranjan_

Print name - नाम लिखें: _NIRANJAN_

Date - दिनांक: _16/03/2021_

CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

I am a current or former employee of BAPS Shri Swaminarayan Mandir, located in Robbinsville, New Jersey. I consent to be a party Plaintiff in an action under the Fair Labor Standards Act ("FLSA") against BAPS Shri Swaminarayan Mandir and/or related entitles and individuals to recover my unpaid minimum wage and overtime pay and all other damages as allowed by the FLSA.

## न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ । न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है ।



Signature - हस्ताक्षर: _____

Print name - नाम लिखें: _____

Date - दिनांक: _____
17-03-2021