## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, KESHAV KUMAR, DEVI LAAL, NIRANJAN, PAPPU, and BRAJENDRA, *on behalf of themselves and all others similarly situated*,<br><br>                              *Plaintiffs,*<br><br>                    v.<br><br>BAPS MERCER LLC, BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., BHARAT DOE a/k/a BHARAT BHAI, PANKAJ PATEL, and SWAMI PRASANAND,<br><br>                              *Defendants.* | Civ. Action No.: 3:21-cv-11048<br><br>**NOTICE OF MOTION FOR ADMISSION OF DANIEL WERNER AND PATRICIA KAKALEC PRO HAC VICE** |

PLEASE TAKE NOTICE that the undersigned, attorneys for Plaintiffs in the above-referenced case, will apply for an Order on a date to be assigned by this Court admitting Patricia Kakalec of the firm Kakalec Law PLLC and Daniel Werner of the firm Radford & Keebaugh LLC *pro hac vice*.

Please take further notice that in support of the within motion, Plaintiffs rely on the certifications of Andrew Glenn, Patricia Kakalec, and Daniel Werner.

Please take further notice that a proposed form of order is also submitted herewith.

Dated: Princeton, NJ
       May 11, 2021

                                      Respectfully submitted,
                                      JAFFE GLENN LAW GROUP


                                      <u>/s Andrew I. Glenn</u>
                                      Andrew I. Glenn, Esq.
                                      300 Carnegie Center, Suite 150
                                      Princeton, NJ 08540
                                      Aglenn@jaffeglenn.com
                                      *Attorneys for Plaintiffs*