UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, KESHAV KUMAR, DEVI LAAL, NIRANJAN, PAPPU, and BRAJENDRA, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., BAPS MERCER LLC, BAPS ROBBINSVILLE LLC, BAPS FELLOWSHIP SERVICES, INC., BHARAT DOE a/k/a BHARAT BHAI, PANKAJ PATEL, KANU PATEL, and SWAMI PRASANAND,<br><br>*Defendants.* | Civ. Action No.: 3:21-cv-11048<br><br>**NOTICE OF FILING CONSENT TO JOIN** |

PLEAES TAKE NOTICE that Andrew I. Glenn, Esq., of Jaffe Glenn Law Group,

P.A., hereby files the attached Consent to Join of Plaintiff Mukesh Kumar.

Dated: Princeton, NJ
May 19, 2021

                                        JAFFE GLENN LAW GROUP

                                        /s Andrew Glenn_____
                                        Andrew Glenn, Esq.
                                        300 Carnegie Center, Ste. 150
                                        Princeton, NJ 08540
                                        (201) 431-8069
                                        Aglenn@jaffeglenn.com
                                        *Attorneys for Plaintiffs*