# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, KESHAV KUMAR, DEVI LAAL, NIRANJAN, PAPPU, and BRAJENDRA, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., BAPS MERCER LLC, BAPS ROBBINSVILLE LLC, BAPS FELLOWSHIP SERVICES, INC., BHARAT DOE a/k/a BHARAT BHAI, PANKAJ PATEL, and SWAMI PRASANAND,<br><br>*Defendants*. | Civ. Action No.: 3:21-cv-11048<br><br>**ORDER FOR *PRO HAC VICE* ADMISSION OF DANIEL WERNER AND PATRICIA KAKALEC** |

This matter having been brought before the Court by Andrew Glenn of Jaffe Glenn Law Group, attorneys for the Plaintiffs in the above-referenced case, on a motion to allow Daniel Werner of the firm Radford & Keebaugh LLC and Patricia Kakalec of the firm Kakalec Law PLLC to appear and participate in this action *pro hac vice*; and the Court having considered the moving papers; and this matter having been considered pursuant to Federal Rule of Civil Procedure 78; and for good cause shown;

It is hereby ORDERED that Plaintiffs' motion is granted; and it is further

ORDERED that Daniel Werner, a member in good standing of the Bars of the State of New York and the State of Georgia, and Patricia Kakalec, a member in good standing of the Bar of the State of New York be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm Jaffe Glenn Law Group, attorneys for record for the Plaintiffs, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Daniel Werner and Patricia Kakalec shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Daniel Werner and Patricia Kakalec shall each make a payment of $150 to the Clerk of the United States District Court in accordance with Local Rule 101.(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Daniel Werner and Patricia Kakalec shall be bound by the Rules of the Untied States District Court for the District of New Jersey, including but limited to the provisions of Local Rule 13.1, Judicial Ethics and Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys; and it is further

      ORDERED that Daniel Werner and Patricia Kakalec shall notify this Court immediately of any disciplinary charges brought against them in the Bar of any other court; and it is further

      ORDERED THAT Daniel Werner and Patricia Kakalec shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

      ORDERED that Jaffee Glenn Law Group may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

Dated: Trenton, NJ
       July  12th , 2021

                                      s/Tonianne J. Bongiovanni
                                      U.S.D.J.

It is further ORDERED that Daniel Werner and Patricia Kakalec shall, within 30 days of the date of the entry of this Order, submit supplemental certifications outlining all of the information required by L.Civ.R. 101.1(c)(1).

      [Docket Entry No. 3 is terminated].