# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, KESHAV KUMAR, DEVI LAAL, NIRANJAN, PAPPU, and BRAJENDRA, *on behalf of themselves and all others similarly situated*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., BAPS MERCER LLC, BAPS ROBBINSVILLE LLC, BAPS FELLOWSHIP SERVICES, INC., BHARAT DOE a/k/a BHARAT BHAI, PANKAJ PATEL, KANU PATEL, and SWAMI PRASANAND, <br><br> *Defendants.* | CERTIFICATION OF DANIEL WERNER PURSUANT TO LOCAL RULE 101(C)(1) <br><br> Civ. Action No.: 21-CV-11048 |

I, Daniel Werner, hereby certify as follows:

1. I am an attorney at Radford & Keebaugh, LLC, located at 315 W. Ponce de Leon Ave., Suite 1080, Decatur, GA 30030.

2. I submit this certification in accordance with the July 12, 2021 Order of the Hon. Tonianne J. Bongiovanni regarding my admission *pro hac vice* in the above-referenced case.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. On July 13, 2021, caused to be paid this Court's $300 *pro hac vice* fee.

5. On July 16, 2021, I caused to be mailed a check in the amount of $212 to the New Jersey Lawyers' Fund for Client Protection.

6. I am member in good standing of the Bars of the State of New York and the State of Georgia.

7. I was admitted to the Bar of New York State on May 15, 2001. The records of the New York State Bar are maintained by the New York State Unified Court System Office of Court Administration, Attorney Registration Unit, 25 Beaver Street - Room 840m New York, NY 10004.

8. I was admitted to the State Bar of Georgia on October 23, 2008. The records of the State Bar of Georgia are maintained by the State Bar of Georgia Membership Department, 104 Mariette St., NW, Suite 100, Atlanta, GA 30303.

9. I am a member in good standing of the Bar of the following federal courts:

   a. U.S. Court of Appeals, Fifth Circuit (admitted February 7, 2014). The records are maintained by the Attorney Admissions Clerk, U.S. Court of Appeals, Fifth Circuit, 600 S. Maestri Place, Suite 115, New Orleans, LA 70130-3408.

   b. U.S. District Court for the Eastern District of New York (admitted June 12, 2001). The records are maintained by the Attorney Admissions Clerk, U.S. District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201.

   c. U.S. District Court, Southern District of New York, (admitted June 19, 2001). The records are maintained by the Attorney Services Clerk, U.S.

      District Court, Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

    d. U.S. District Court, Western District of New York (admitted September 20, 1999).  The records are maintained by the Attorney Admissions Clerk, U.S. District Court, Western District of New York, 2 Niagara Square, Buffalo, NY 14202.

    e. U.S. District Court, Northern District of Georgia (admitted December 8, 2008). The records are maintained by the Attorney Admissions Clerk, U.S. District Court, Northern District of Georgia, Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309.

    f. U.S. District Court, Southern District of Georgia (admitted August 20, 2020). The records are maintained by the Attorney Admissions Clerk, U.S. District Court, Southern District of Georgia, 600 James Brown Blvd., Augusta, GA 30303-3309.

    g. U.S. District Court, Middle District of Georgia (admitted April 13, 2018). The records are maintained by the Attorney Admissions Clerk, U.S. District Court, Middle District of Georgia, 475 Mulberry Street, Macon, GA 31201.

10. I am currently in inactive status with the U.S. Court of Appeals for the Third Circuit.  I have submitted a request to return to active status.  I initially was admitted to the Third Circuit on February 5, 2002.  The records are maintained by the Attorney Admissions Clerk, U.S. Court of Appeals for the Third Circuit,

James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

11. I was admitted to the Bar of the State of Florida on February 17, 1997, but I have since retired. I remained in good standing for the duration of my admission.

Dated: Decatur, GA
August 3, 2021



Daniel Werner