UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, KESHAV KUMAR, DEVI LAAL, NIRANJAN, PAPPU, and BRAJENDRA, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., BAPS MERCER LLC, BAPS ROBBINSVILLE LLC, BAPS FELLOWSHIP SERVICES, INC., BHARAT DOE a/k/a BHARAT BHAI, PANKAJ PATEL, KANU PATEL, and SWAMI PRASANAND,<br><br>*Defendants.* | STIPULATION<br><br>Civ. Action No.: 21-CV-11048 |

**STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs Mukesh Kumar, Keshav Kumar, Devi Laal, Niranjan Pappu, and Brajendra, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") and Defendants Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., BAPS Mercer LLC, BAPS Robbinsville LLC, BAPS Fellowship Services, Inc., Bharat Doe (a/k/a "Bharat Bhai"), Pankaj Patel, Kanu Patel, and Swami Prasanand (collectively, "Defendants"), by and through their attorneys, stipulate as follows:

1. Plaintiffs will file their First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) on or before September 23, 2021.

2. As a result, Defendants' time to move, answer or otherwise respond to the operative pleading in the above-captioned case, shall be extended from the current deadline of August 30, 2021 until the later of (i) October 23, 2021 or (ii) 30 days from the date on which Plaintiffs file their First Amended Complaint.

3. There has previously been one request for an extension of time for Defendants to respond to the Complaint. The Court granted this request on June 29, 2021 (Docket # 6), extending Defendants' time to respond to the Complaint to August 30, 2021.

Dated: August 26, 2021

| | |
|---|---|
| JAFFE GLENN LAW GROUP LLP | ARNOLD & PORTER KAYE SCHOLER |
| /s/ Andrew Glenn<br>Andrew Glenn<br>300 Carnegie Center, Ste. 150<br>Princeton, NJ 08540<br>(201) 687-9977<br>aglenn@jaffeglenn.com<br>*Attorneys for Plaintiffs* | /s/ Paul Fishman<br>Paul Fishman<br>One Gateway Center<br>Newark, NJ 07102<br>(973) 776-1901<br>Paul.Fishman@arnoldporter.com<br>*Attorneys for Defendants* |

It is SO ORDERED.

  s/Tonianne J. Bongiovanni          August 27, 2021
Honorable Tonianne J. Bongiovanni,    Date
U.S.M.J.