UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, KESHAV KUMAR, DEVI LAAL, NIRANJAN, PAPPU, and BRAJENDRA, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., BAPS MERCER LLC, BAPS ROBBINSVILLE LLC, BAPS FELLOWSHIP SERVICES, INC., BHARAT DOE a/k/a BHARAT BHAI, PANKAJ PATEL, KANU PATEL, and SWAMI PRASANAND,<br><br>*Defendants*. | STIPULATION AND ORDER<br><br>Civ. Action No.:  21-CV-11048 |

## STIPULATION AND ORDER REGARDING FILING OF AMENDED COMPLAINT AND EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiffs Mukesh Kumar, Keshav Kumar, Devi Laal, Niranjan Pappu, and Brajendra, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") and Defendants Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., BAPS Mercer LLC, BAPS Robbinsville LLC, BAPS Fellowship Services, Inc., Bharat Doe (a/k/a "Bharat Bhai"), Pankaj Patel, Kanu Patel, and Swami Prasanand (collectively, "Defendants"), by and through their attorneys, stipulate as follows:

1. Plaintiffs will file their First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) on or before October 22, 2021.

2. Defendants' time to move, answer or otherwise respond to the First Amended Complaint in the above-captioned case shall be the later of (i) November 22, 2021 or (ii) 30 days from the date on which Plaintiffs file their First Amended Complaint.

3. This stipulation extends the deadlines set forth in the Court's August 27, 2021 Order (Docket #15) by approximately 30 days.[1]

4. Service of process in this case was established by stipulation of the Parties on June 28, 2021. (See Docket #6.)

5. There has previously been one request for an extension related to these dates, and one additional request for an extension of time for Defendants to respond to the Complaint.

6. By Order dated August 27, 2021, the Court granted the previous request of the Parties and ordered that Plaintiffs' First Amended Complaint be filed on or before September 23, 2021, and Defendants' time to move, answer or otherwise respond to the operative pleading be extended to the later of (i) October 23, 2021 or (ii) 30 days from the date on which Plaintiffs file their First Amended Complaint.

---

[1] A 30-day extension would have the deadlines fall on weekends. Therefore, Plaintiffs' extension is 29 days, with the deadline falling on a Friday, and Defendants' extension is 31 days, with the deadline falling on a Monday.

7. The Court granted the first request for an extension of time to answer on June 29, 2021 (Docket # 6), extending Defendants' time to respond to the Complaint to August 30, 2021.

Dated: September 22, 2021

| | |
|---|---|
| JAFFE GLENN LAW GROUP LLP | ARNOLD & PORTER KAYE SCHOLER |
| /s/ Andrew Glenn<br>Andrew Glenn<br>300 Carnegie Center, Ste. 150<br>Princeton, NJ 08540<br>(201) 687-9977<br>aglenn@jaffeglenn.com<br>*Attorneys for Plaintiffs* | /s/ Paul Fishman<br>Paul Fishman<br>One Gateway Center<br>Newark, NJ 07102<br>(973) 776-1901<br>Paul.Fishman@arnoldporter.com<br>*Attorneys for Defendants* |

It is SO ORDERED

_____   9/23/2021
Honorable Tonianne J. Bongiovanni,   Date
U.S.M.J.