UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, KESHAV KUMAR, DEVI LAAL, NIRANJAN, PAPPU, and BRAJENDRA, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., BAPS MERCER LLC, BAPS ROBBINSVILLE LLC, BAPS FELLOWSHIP SERVICES, INC., BHARAT DOE a/k/a BHARAT BHAI, PANKAJ PATEL, KANU PATEL, and SWAMI PRASANAND,<br><br>*Defendants.* | Civ. Action No.: 3:21-cv-11048<br><br>**NOTICE OF MOTION FOR ADMISSION OF HUGH BARAN *PRO HAC VICE*** |

PLEASE TAKE NOTICE that the undersigned, attorneys for Plaintiffs in the above-referenced case, will apply for an Order on a date to be assigned by this Court admitting Hugh Baran of the firm Kakalec Law PLLC *pro hac vice*.

Please take further notice that in support of the within motion, Plaintiffs rely on the certifications of Andrew Glenn and Hugh Baran.

Please take further notice that a proposed form of order is also submitted herewith.

Page 1 of 17

Dated: Princeton, NJ
       September 29, 2021

                               Respectfully submitted,
                               JAFFE GLENN LAW GROUP

                               _____
                               Andrew Glenn
                               33 State Road, Suite A-1
                               Princeton, NJ 08540
                               aglenn@jaffeglenn.com
                               *Attorneys for Plaintiffs*