UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, KESHAV KUMAR, DEVI LAAL, NIRANJAN, PAPPU, and BRAJENDRA, *on behalf of themselves and all others similarly situated*,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., BAPS MERCER LLC, BAPS ROBBINSVILLE LLC, BAPS FELLOWSHIP SERVICES, INC., BHARAT DOE a/k/a BHARAT BHAI, PANKAJ PATEL, KANU PATEL, and SWAMI PRASANAND,<br><br>      *Defendants*. | Civ. Action No.: 3:21-cv-11048<br><br>**CERTIFICATION OF HUGH BARAN IN SUPPORT OF MOTION FOR ADMISSION OF HUGH BARAN *PRO HAC VICE*** |

I, Hugh Baran, hereby declare that the following facts are truthful:

1. I am an attorney at Kakalec Law PLLC, located at 195 Montague Street, 14th Floor, Brooklyn, NY 11201.

2. I submit this certification in support of the motion of Plaintiffs, by attorney Andrew Glenn, for my admission *pro hac vice* in this case.

3. I am member in good standing of the Bar of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the First Circuit, and the United States Court of Appeals for the Second Circuit.

4. I was admitted to the Bar of New York State on April 4, 2018.  The records of the New York State Bar are maintained by the New York State Unified Court System Office of Court Administration, Attorney Registration Unit, 25 Beaver Street - Room 840m New York, NY 10004.

5. I was admitted to the Bar of the United States District Court for the Eastern District of New York on January 27, 2020. The records for attorney admissions for the Eastern District are maintained by the Attorney Admissions Clerk, U.S. District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201.

6. I was admitted to the Bar of the United States District Court for the Southern District of New York on February 10, 2020. The records for attorney admissions for the Eastern District are maintained by the Attorney Services Clerk, U.S. District Court, Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

7. I was admitted to the Bar of the United States Court of Appeals for the First Circuit on October 8, 2020. The records for attorney admissions for the First Circuit are maintained by the Clerk of Court, U.S. Court of Appeals for the First

Circuit, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210.

8. I was admitted to the Bar of the United States Court of Appeals for the Second Circuit on February 7, 2020. The records for attorney admissions for the Second Circuit are maintained by U.S. Court of Appeals for the Second Circuit Attorney Admissions, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

9. I have never been suspended or disbarred in any court, state or federal. I have never been subject to any disciplinary proceedings or discipline in any jurisdiction.

10. I am not admitted to practice in the State of New Jersey and am therefore ineligible for admission to the bar of the United States District Court for the District of New Jersey under Local Civil Rule 101.1(b).

11. I acknowledge my obligations under Local Civil Rule 101.1(c).

Dated: Brooklyn, NY
September 29, 2021

_____
Hugh Baran