# First Amended Collective and Class Action  Complaint
# EXHIBIT A

Affirmation of Sukhvinder Kaur, Consents to Sue under the Fair Labor Standards Act

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MUKESH KUMAR, *et al.*,

                       *Plaintiffs,*

           *v.*

BOCHASANWASI SHRI AKSHAR
PURUSHOTTAM SWAMINARAYAN
SANSTHA, INC., *et al.*,

                       *Defendants.*

Civ. Action No.:  21-CV-11048

### AFFIRMATION OF SUKHVINDER KAUR

I, Sukhvinder Kaur, under penalty of perjury, pursuant to 28 U.S.C. § 1746, affirm that the following is true and correct:

1.  I am a professional translator of the Hindi language. I fluently read, write, and speak English and Hindi, and have reviewed the exhibits attached to this declaration and described below, which were provided to me by the attorneys for the Plaintiffs in this case

2.  Attached as **Exhibit 1** is a blank form titled "CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT," in the English language.

3.  Attached as **Exhibit 2** is a blank form that is a Hindi-language translation of Exhibit 1 (hereafter, a "Hindi Consent to Sue Form"). I certify that Exhibit 2 is a true and accurate translation of Exhibit 1 into the Hindi language.

4.  Attached as **Exhibit 3** is a Hindi Consent to Sue Form that has been signed by Plaintiff Mahendra Kumar.

5.  Attached as **Exhibit 4** is a Hindi Consent to Sue Form that has been signed by Plaintiff Shyam Sunder.

6.  Attached as **Exhibit 5** is a Hindi Consent to Sue Form that has been signed by Plaintiff Prem Singh.

7.  Attached as **Exhibit 6** is a Hindi Consent to Sue Form that has been signed by Plaintiff Bablu.

8.  Attached as **Exhibit 7** is a Hindi Consent to Sue Form that has been signed by Plaintiff Chhail Wiharee.

9.  Attached as **Exhibit 8** is a Hindi Consent to Sue Form that has been signed by Plaintiff Ramkishan.

10. Attached as **Exhibit 9** is a Hindi Consent to Sue Form that has been signed by Plaintiff Harendra.

11. Attached as **Exhibit 10** is a Hindi Consent to Sue Form that has been signed by Plaintiff Laxmi Narayan.

12. Attached as **Exhibit 11** is a Hindi Consent to Sue Form that has been signed by Plaintiff Rama Ram.

13. Attached as **Exhibit 12** is a Hindi Consent to Sue Form that has been signed by Plaintiff Umesh Chand.

14. Attached as **Exhibit 13** is a Hindi Consent to Sue Form that has been signed by Plaintiff Vijender Singh.

15. Attached as **Exhibit 14** is a Hindi Consent to Sue Form that has been signed by Plaintiff Ramesh Kumar.

16. Attached as **Exhibit 15** is a Hindi Consent to Sue Form that has been signed by Plaintiff Deva Ram.

17. Attached as **Exhibit 16** is a Hindi Consent to Sue Form that has been signed by Plaintiff Rupa Ram.

18. Attached as **Exhibit 17** is a Hindi Consent to Sue Form that has been signed by Plaintiff Khima Ram Rebari.

Dated: Oct 22, 2021 _____

Sukhvinder Kaur (Oct 22, 2021 07:09 EDT)

Sukhvinder Kaur

# EXHIBIT 1

CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

I am a current or former employee of BAPS Shri Swaminarayan Mandir, located in Robbinsville, New Jersey. I consent to be a party Plaintiff in an action under the Fair Labor Standards Act ("FLSA") against BAPS Shri Swaminarayan Mandir and/or related entitles and individuals to recover my unpaid minimum wage and overtime pay and all other damages as allowed by the FLSA.

Signature: _____

Print name: _____

Date: _____

# EXHIBIT 2

<u>न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति</u>

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ । न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है ।

हस्ताक्षर: _____

नाम लिखें: _____

दिनांक:_____

# EXHIBIT 3

<u>न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति</u>

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरूद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _____महेन्द्र कुमार_____

नाम लिखें: _____महेन्द्र कुमार_____

दिनांक: _____4/10/2021_____

# EXHIBIT 4

## न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _____श्याम सुन्दर_____

नाम लिखें: _____श्याम सुन्दर_____

दिनांक:_____4 | 10 | 2021_____

# EXHIBIT 5

<u>न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति</u>

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामिनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _____

नाम लिखें: __premsingh_____

दिनांक:___04/10/2021_____

# EXHIBIT 6

न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध, कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _____ व व ल् बू _____

नाम लिखें: _____ ल व ल्बू _____

दिनांक: _____ 4/10/2021 _____

# EXHIBIT 7

न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _____

नाम लिखें: chhaik wiharee

दिनांक: 04/10/2021

# EXHIBIT 8

<u>न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति</u>

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _____ रामकिशन _____

नाम लिखें: _____ रामकिशन _____

दिनांक: _____ 5/10/2021 _____

EXHIBIT 9

<u>न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति</u>

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _____

नाम लिखें: _____

दिनांक: ___6- 10-2021_____

# EXHIBIT 10

न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रॉब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफएलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफएलएसए द्वारा अनुमत अन्य समस्त हानि, पुन:प्राप्त करने के लिए है।

हस्ताक्षर: ____ श्रीनारायण

नाम लिखें: ____ श्रीनारायण

दिनांक: ____ 5/10/2021

# EXHIBIT 11

CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

I am a current or former employee of BAPS Shri Swaminarayan Mandir, located in Robbinsville, New Jersey. I consent to be a party Plaintiff in an action under the Fair Labor Standards Act ("FLSA") against BAPS Shri Swaminarayan Mandir and/or related entitles and individuals to recover my unpaid minimum wage and overtime pay and all other damages as allowed by the FLSA.

न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ । न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है ।

Signature - हस्ताक्षर: _____RAMARAM_____

Print name - नाम लिखें: _____रामाराम_____

Date - दिनांक: _____31 - 3 - 2021_____

EXHIBIT 12

न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _____

नाम लिखें: _____

दिनांक: __14-10-2021__

EXHIBIT 13

न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _विजेन्द्रसिंह_____

नाम लिखें: _विजेन्द्रसिंह_____

दिनांक: _6/10/21_____

# EXHIBIT 14

<u>न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति</u>

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _____

नाम लिखें: _____

दिनांक: _____ 09/22/2021 _____

# EXHIBIT 15

<u>न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति</u>

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: _____

नाम लिखें: _____

दिनांक: _____ 09/22/2021 _____

# EXHIBIT 16

<u>न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति</u>

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: 

नाम लिखें:

दिनांक: 10/21/2021

# EXHIBIT 17

<u>न्यायोचित श्रम मानक अधिनियम के अंतर्गत अभियोग चलाने की सहमति</u>

मैं, रोब्बिंसविल्ल, न्यू जर्सी में स्थित, बीएपीएस श्री स्वामीनारायण मंदिर का वर्तमान अथवा पूर्व कर्मचारी हूँ। न्यायोचित श्रम मानक अधिनियम (ऍफ़एलएसए) के अंतर्गत बीएपीएस श्री स्वामीनारायण मंदिर एवं/अथवा सम्बंधित संस्थाओं और व्यक्तियों के विरुद्ध कार्रवाई में, मैं एक दल (पक्ष) वादी होने की सहमति प्रदान करता हूँ, जो मेरे अवैतनिक न्यूनतम वेतन, तथा अधिक समय (ओवरटाइम) वेतन, और ऍफ़एलएसए द्वारा अनुमत अन्य समस्त हानि, पुनःप्राप्त करने के लिए है।

हस्ताक्षर: 

नाम लिखें: _____

दिनांक: _____ 10/21/2021 _____