# First Amended Collective and Class Action Complaint
# EXHIBIT B

Chart of Parties

**CHART OF PARTIES**

| Defendant Designation | Defendant |
|---|---|
| "BAPS Swaminarayan Sanstha" | Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. |
| "BAPS Mercer" | BAPS Mercer, LLC |
| "BAPS Robbinsville" | BAPS Robbinsville LLC |
| "BAPS Fellowship" | BAPS Fellowship Services, Inc. |
| "BAPS India" | Bochasanwasi Shri Aksharpurushottam Swaminarayan Sanstha (an India Public Trust) |
| "BAPS Atlanta" | BAPS Atlanta, LLC |
| "BAPS Chino Hills" | BAPS Chino Hills, LLC |
| "BAPS Development" | BAPS Development, Inc. |
| "BAPS Houston" | BAPS Houston, LLC |
| "BAPS Chicago" | BAPS Chicago, LLC |
| "The Entity Defendants" | BAPS Swaminarayan Sanstha, BAPS Mercer, BAPS Robbinsville, BAPS Fellowship, BAPS Atlanta, BAPS Chino Hills, BAPS Development, BAPS Houston, BAPS Chicago, and BAPS India |
| "The Individual Defendant" | Bharat Patel, Pankaj Patel, Kanu Patel, Rakesh Patel, Swami Prasanand, and Harshad Chavda |

**CHART OF PARTIES**

| Employer Defendant Designation | Defendants | Plaintiffs Employed by Designated Defendants |
|---|---|---|
| "Employer Defendants" | BAPS Swaminarayan Sanstha, BAPS Mercer, BAPS Robbinsville, BAPS Fellowship, BAPS Atlanta, BAPS Chino Hills, BAPS Development, BAPS Houston, BAPS Chicago, BAPS India, Bharat Patel, Pankaj Patel, Kanu Patel, Rakesh Patel and Swami Prasanand | *See* "Robbinsville Employer Defendants," "Atlanta Employer Defendants," "Los Angeles Employer Defendants," "Houston Employer Defendants," and "Chicago Employer Defendants," below. |
| "Robbinsville Employer Defendants" | BAPS Swaminarayan Sanstha, BAPS India, BAPS Mercer, BAPS Robbinsville, BAPS Fellowship, Bharat Patel, Pankaj Patel, Kanu Patel, Swami Prasanand, and Rakesh Patel | All Plaintiffs |
| "Atlanta Employer Defendants" | BAPS Swaminarayan Sanstha, BAPS India, BAPS Fellowship, BAPS Atlanta, and Rakesh Patel | Chhail Wiharee, Rama Ram, Vijendra Singh, Ramesh Kumar, Devaram Meena, and Khima Ram Rebari |
| "Los Angeles Employer Defendants" | BAPS Swaminarayan Sanstha, BAPS India, BAPS Fellowship, BAPS Chino Hills, BAPS Development, Inc., and Rakesh Patel | Umesh Chand, Prem Singh, Bablu, Chhail Wiharee, Harendra, Niranjan, Lauxmi Narain, Rama Ram, Vijendra Singh, and Khima Ram Rebari |
| "Houston Employer Defendants" | BAPS Swaminarayan Sanstha, BAPS India, BAPS Fellowship, BAPS Houston, and Rakesh Patel | Devi Laal, Vijendra Singh, and Rupa Ram |
| "Chicago Employer Defendants" | BAPS Swaminarayan Sanstha, BAPS India, BAPS Fellowship, BAPS Chicago, and Rakesh Patel | Devi Laal, Lauxmi Narain, and Rama Ram |

## CHART OF PARTIES

| Class Designation | Class Definition | Class Representatives |
|---|---|---|
| "The New Jersey Class" | All individuals who worked in non-supervisory roles at the Robbinsville temple as construction and/or stone workers under R-1 visas between May 11, 2011 and the present. | All Plaintiffs |
| "The California Class" | All individuals who worked in non-supervisory roles at the Los Angeles temple as construction and/or stone workers under R-1 visas from the start of construction in or around 2005 until the present. | Umesh Chand, Prem Singh, Bablu, Chhail Wiharee, Harendra, Niranjan, Lauxmi Narain, Rama Ram, Vijendra Singh, and Khima Ram Rebari |
| "The Georgia Class" | All individuals who worked in non-supervisory roles at the Los Angeles temple as construction and/or stone workers under R-1 visas from the start of construction in or around 2005 until the present. | Chhail Wiharee, Rama Ram, Vijendra Singh, Ramesh Kumar, Deva Ram, and Khima Ram Rebari |
| "The Texas Class" | All individuals who worked in non-supervisory roles at the Houston temple as construction and/or stone workers under R-1 visas from the start of construction in or around 2002 until the present. | Devi Laal, Vijendra Singh, and Rupa Ram |
| "The Illinois Class" | All individuals who worked in non-supervisory roles at the Chicago temple as construction and/or stone workers under R-1 visas from the start of construction in or around 2002 and the present. | Devi Laal, Lauxmi Narain, and Rama Ram |

## CHART OF PARTIES

| RICO Enterprise Designation | RICO Enterprise Members | Associated Defendants |
|---|---|---|
| "RICO Enterprise I" | The Entity Defendants | All Defendants |
| "RICO Enterprise II" | BAPS Atlantic City, LLC; BAPS Care International, Inc.; BAPS Charities, Inc.; BAPS Cherry Hill, LLC; BAPS Clifton, LLC; BAPS Delaware, LLC; BAPS Development, BAPS East Windsor, LLC; BAPS Edison Limited Liability Company; BAPS Endowment, Inc.; BAPS Hankins, LLC; BAPS Hospitality, LLC; BAPS Independence, LLC; BAPS Jersey City, LLC; BAPS Northeast Development, Inc.; BAPS Shayona, Inc.; and Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha – Northeast, Inc. | All Defendants |
| "RICO Enterprise III" | BAPS Swaminarayan Sanstha; BAPS India; BAPS Atlanta; BAPS Chino Hills; BAPS Houston; BAPS Chicago; and BAPS Development | BAPS Swaminarayan Sanstha, BAPS India, and, upon information and belief, Rakesh Patel. |
| "RICO Enterprise IV" | BAPS Swaminarayan Sanstha | All Defendants |
| "The New Jersey RICO Enterprises" | RICO Enterprise I, RICO Enterprise II | All Defendants |