UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, KESHAV KUMAR, DEVI LAAL, NIRANJAN, PAPPU, BRAJENDRA, MAHENDRA KUMAR, SHYAM SUNDER, PREM SINGH, BABLU, CHHAIL WIHAREE, RAMKISHAN, HARENDRA, LAUXMI NARAIN, RAMA RAM, UMESH CHAND, VIJENDRA SINGH, RAMESH KUMAR, DEVA RAM, RUPA RAM, and KHIMA RAM REBARI, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC.,<br>BAPS MERCER LLC,<br>BAPS ROBBINSVILLE LLC,<br>BAPS FELLOWSHIP SERVICES, INC.,<br>BAPS ATLANTA, LLC,<br>BAPS CHINO HILLS, LLC,<br>BAPS DEVELOPMENT, INC.,<br>BAPS HOUSTON, LLC,<br>BAPS CHICAGO, LLC,<br>BAPS BOCHASANWASI SHRI AKSHARPURUSHOTTAM SWAMINARAYAN SANSTHA (an India Public Trust),<br>BHARAT PATEL, PANKAJ PATEL, KANU PATEL, RAKESH PATEL, HARSHAD CHAVDA, and SWAMI PRASANAND,<br><br>Defendants. | Civil Action No. 3:21-cv-11048-AET-TJB |

**DEFENDANTS' CONSENT MOTION TO STAY**

With the consent of the Plaintiffs, Defendants Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. ("BAPS"), BAPS Mercer LLC, BAPS Robbinsville LLC, BAPS Fellowship Services, Inc., BAPS Atlanta, LLC, BAPS Chino Hills, LLC, BAPS Development, Inc., BAPS Houston, LLC, BAPS Chicago, LLC, Bharat Patel, Pankaj Patel, Kanu Patel, Rakesh Patel, and Prashant Darshan Das Sadhu (misnamed in the First Amended Complaint as "Swami Prasanand") (collectively, "Defendants") move for a stay of this civil action as required by the Trafficking Victims Protection Act ("TVPA"), 18 U.S.C. § 1595(b)(1).

Plaintiffs' First Amended Complaint (ECF No. 20) alleges, among other things, that Defendants violated Section 1595(a) of the TVPA.  The TVPA provides that "[a]ny civil action filed under subsection (a) shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim."  18 U.S.C. § 1595(b)(1).  As set forth in the accompanying Memorandum in Support of this Motion and the Stipulation between the Parties, there is an ongoing federal criminal investigation arising out of the same or substantially similar occurrences and allegations which are the basis of this civil action and the First Amended Complaint, and therefore this action is subject to a mandatory stay pursuant to the TVPA.

Defendants have conferred with Plaintiffs, have provided a copy of this Motion and Memorandum in Support in advance of filing to Plaintiffs, have entered into a Stipulation with Plaintiffs as to certain facts and certain additional procedural matters, and Plaintiffs have provided Defendants with written consent to the Motion and stay of this litigation.  Defendants have also conferred with the U.S. Attorney's Office for the District of New Jersey, which has informed Defendants that the United States does not object to a stay of this civil action pursuant to the TVPA.

Accordingly, with the consent of the Plaintiffs, Defendants respectfully request that the Court enter the attached Proposed form of Order staying this litigation until the related criminal

action has concluded as to all defendants and ordering the related matters as to which the Parties have agreed.

November 22, 2021

OF COUNSEL:

Respectfully submitted,

/s/ Paul J. Fishman
Paul J. Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center, Suite 1025
Newark, NJ 07102
Tel. (973) 776-1900
Facsimile (973) 776-1919
paul.fishman@arnoldporter.com

Joshua F. Alloy (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel. (202) 942-5895
josh.alloy@arnoldporter.com

*Attorneys for Defendants*
BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., BAPS MERCER LLC, BAPS ROBBINSVILLE LLC, BAPS FELLOWSHIP SERVICES, INC., BAPS ATLANTA, LLC, BAPS CHINO HILLS, LLC, BAPS DEVELOPMENT, INC., BAPS HOUSTON, LLC, BAPS CHICAGO, LLC, BHARAT PATEL, PANKAJ PATEL, KANU PATEL, RAKESH PATEL, and PRASANT DARSHAN DAS SADHU

## CERTIFICATE OF SERVICE

I certify that, on November 22, 2021, I electronically filed the Consent Motion to Stay via ECF, which caused a copy to be served on all counsel of record.

/s/ *Paul Fishman*
Paul J. Fishman
One Gateway Center
Newark, NJ 07102-5310
Tel: 973.776.1901
Fax: 973.776.1919
Paul.Fishman@arnoldporter.com

*Counsel for Defendants*
