UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, KESHAV KUMAR, DEVI LAAL, NIRANJAN, PAPPU, BRAJENDRA, MAHENDRA KUMAR, SHYAM SUNDER, PREM SINGH, BABLU, CHHAIL WIHAREE, RAMKISHAN, HARENDRA, LAUXMI NARAIN, RAMA RAM, UMESH CHAND, VIJENDRA SINGH, RAMESH KUMAR, DEVA RAM, RUPA RAM, and KHIMA RAM REBARI, *on behalf of themselves and all others similarly situated*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., <br> BAPS MERCER LLC, <br> BAPS ROBBINSVILLE LLC, <br> BAPS FELLOWSHIP SERVICES, INC., <br> BAPS ATLANTA, LLC, <br> BAPS CHINO HILLS, LLC, <br> BAPS DEVELOPMENT, INC., <br> BAPS HOUSTON, LLC, <br> BAPS CHICAGO, LLC, <br> BAPS BOCHASANWASI SHRI AKSHARPURUSHOTTAM SWAMINARAYAN SANSTHA (an India Public Trust), <br> BHARAT PATEL, PANKAJ PATEL, KANU PATEL, RAKESH PATEL, HARSHAD CHAVDA, and PRASHANT DARSHAN DAS SADHU, <br><br> *Defendants.* | Civ. Action No.: 21-CV-11048 <br><br> **NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that upon the January 26, 2022 Declaration of Andrew Glenn, the Proposed Second Amended Class and Collective Action Complaint annexed to that declaration, the Memorandum of Law of Plaintiffs, and all other papers heretofore had in this matter, the undersigned counsel for Plaintiffs Mukesh Kumar, Keshav Kumar, Devi Laal, Niranjan, Pappu, Brajendra, Mahendra Kumar, Shyam Sunder, Prem Singh, Bablu, Chhail Wiharee, Ramkishan, Harendra, Lauxmi Narain, Rama Ram, Umesh Chand, Vijendra Singh, Ramesh Kumar, Deva Ram, Rupa Ram, and Khima Ram Rebari will move this Court, before the Honorable Anne Thompson, United States District Judge for the District of New Jersey, at the United States Courthouse, 402 East State Street Trenton, NJ 08608, at a date and time to be determined by the Court, for leave to file a Second Amended Complaint in this action correcting a typographical error in the name of one of the foreign Defendants and adding an alternative spelling of that Defendant's name.

The Defendants who have appeared to date have indicated that they do not object to this motion.

Responsive papers, if any, are due in accordance with the schedule set forth by the Court. Plaintiffs respectfully request that the Court enter the attached Proposed Order granting Plaintiffs leave to file a Second Amended Complaint.

DATED:   Princeton, NJ
         January 26, 2022

                      JAFFE GLENN LAW GROUP

                      /s/ Andrew Glenn
                      Andrew Glenn
                      300 Carnegie Center, Ste. 150
                      Princeton, NJ 08540
                      (201) 431-8069
                      aglenn@jaffeglenn.com
                      *Local Counsel for Plaintiffs*

Patricia Kakalec
Hugh Baran
Kakalec Law PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201
(212) 705-8730
Patricia@KakalecLaw.com
Hugh@KakalecLaw.com
*(admitted pro hac vice)*

Daniel Werner
Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, GA 30030
(678) 271-0304
dan@decaturlegal.com
*(admitted pro hac vice)*

*Attorneys for Plaintiffs*