# EXHIBIT A

# Aaditya SB Soni, Esq.

Office 1: H 4 APPLE PRAYAG RAJ C SCHEME, JAIPUR RAJASTHAN INDIA

Office 2: A 45 ARVIND NAGAR GOLF COURSE, JODHPUR RAJASTHAN INDIA

---

June 16, 2023

Via Email

1. **Andrew L. Glenn, Esq. (Aglenn@Jaffeglenn.com)**
   **Jaffe Glenn Law Group**
2. **Patricia Kakalec (Patricia@KakalecLaw.com)**
   **Hugh Baran (Hugh@KakalecLaw.com)**
   **Kakalec Law PLLC**
3. **Daniel Werner (Dan@Decaturlegal.com)**
   **Radford & Keebaugh, LLC**

**Re**: No. 3:21-CV-11048-GC-TJB: Kumar, et al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., et al., In the United States District Court for the District of New Jersey.

Dear All,

Note that the below named individuals have engage me and have expressed their decision to withdraw from the above referenced case. They seek to terminate their relationship with your respective firms. The individuals include:

1. Bajendra aka Brajendra
2. Prem Singh
3. ChhailWiharee
4. Shyam Sunder Jatav
5. LauxmiNarain
6. Umesh Chand
7. Keshav Kumar Jatav aka Keshav Kumar
8. Harendra
9. Ramakishan aka Ramkishan
10. Bablu
11. Vijendra Singh
12. Pappu

My clients have decided against pursuing any claims and request that you promptly terminate their involvement in the lawsuit by filing a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a) as to each of them.

# Aaditya SB Soni, Esq.

Office 1: H 4 APPLE PRAYAG RAJ C SCHEME, JAIPUR RAJASTHAN INDIA

Office 2: A 45 ARVIND NAGAR GOLF COURSE, JODHPUR RAJASTHAN INDIA

---

See attached signed statements (English translated version included which was originally prepared and signed in Hindi) from each client who affirmatively wishes to terminate their legal relationship with your firms and require to be promptly removed from the above referenced case.

I appreciate your cooperation in this matter. My clients have also engaged Dinesh Singhal, an attorney based out of Texas, who is assisting me in this matter. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely

*Aaditya S.B. Soni*
Digitally signed by Aaditya S.B. Soni
Date: 2023.06.17 01:18:32 +05'30'

Aaditya SB Soni, Esq.
+91-7023999388 (India)
aadityasblegal@yahoo.com


Advocate for Bajendra aka Brajendra, Prem Singh, Chhail Wiharee, Shyam Sunder Jatav, Lauxmi Narain, Umesh Chand, Keshav Kumar Jatav aka Keshav Kumar, Harendra, Ramakishan aka Ramkishan, Bablu, Vijendra Singh, and Pappu

Date: 10.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Termination letter: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

    This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. V. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,



Mr. Umesh Chand S/o Ghanshyam
Resident of House no. 299, Sikri 4 Hissa, Fathepur Sikri, District – Agra, State of Uttar Pradesh, , Country – India.
Passport No. L8543518
Mobile No: +919257948431

Date: 05.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,



Mr. Keshav Kumar S/o Lal Singh
Resident of 11, Mahta Patti, Bhusawar, Weir, District - Bharatpur, State of Rajasthan
Passport number: N0385175
Mobile No: +917891248696

Date: 05.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,



Mr. Harendra S/o Kishan Lal

Resident of House No. 41 Jatav Basti Kurka, Tehsil Rupbas, District-Bharatpur, State of Rajasthan

Passport No. L9241377

Mobile No: +919587065335

Date: 05.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,



रामकिशन

Mr. Ramakishan S/o Karan
Resident of Mehta Patti VPO Bhusawar, Tehsil Vair, District-Bharatpur, District – Bharatpur, State of Rajasthan Country - India
Mobile Number- +917568093246

Date: 11.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Termination letter: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

    This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. V. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,

Mr. Chhail Wiharee S/o Lal Singh
Resident of Mahta Patti, Village Bhusawar, Tehsil - Vair, District - Bharatpur, State of Rajasthan, Country – India.
Passport No. M4019709
Mobile No: +917568046525

Date: 05.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,



Mr. Pappu S/o Prahlad Singh
Resident of Nithari PO Gogera, Tehsil Bayana, District- Bharatpur, State of Rajasthan; Country- India
Passport No. N1782217
Mobile No. +917891867293.

Date: 11.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Termination letter: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. V. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,



Mr. Shyam Sunder Jatav
Resident of 136, Chanda Ka Pura, Khanpur, District – Dausa, State of Rajasthan, Country – India.
Passport No. L5309978
Mobile No: +919982070295

Date: 05.04.2023

**TO**

1. Andrew Glenn (Jaffe Glenn Law Group)

2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)

3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,

Mr. Bablu S/o Ramesh Chand
Resident of VPO- Sogar, Tehsil Kumher, District - Bharatpur, State of Rajasthan; Country – India
Passport No. L7139257
Mobile No: +919694486954

Date: 11.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Termination letter: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. V. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,

[thumbprint and signature: प्रेम सिंह]

Mr. Prem Singh S/o Suresh Chand
Resident of Kishanpur Mohalla, Deeg, District - Bharatpur, State of Rajasthan, Country – India.
Passport No. T1435086
Mobile No: +919785897032

Date: 10.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Termination letter: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. V. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,



Mr. Lauxmi Narain S/o bhup Singh
Resident of Village Dura, PS Fatehpur Sikri, District – Agra, State of Uttar Pradesh, Country – India.
Passport No. M0772262
Mobile No: +919058939583

Date: 11.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Termination letter: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. V. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,

Mr. Bajendra S/o Girdhari lal Jatav
Resident of 21, Mahta Patti, Village Bhusawar, Tehsil - Vair, District - Bharatpur, State of Rajasthan, Country – India.
Passport No. L4288032
Mobile No: +919672475276

Date: 05.04.2023

TO

1. Andrew Glenn (Jaffe Glenn Law Group)
2. Patricia Kakalec & Hugh Baran (Kakalec Law PLLC)
3. Daniel Werner (Radford & Keebaugh, LLC)

Subject: Withdrawal from your services as Attorney in Case No: 21-CV-11048.

Dear,

This letter informs you that our legal relationship has been terminated, and we will no longer require your services as our attorney. We kindly request that you file your motions to withdraw from the cases or matters in which you currently represent us, specifically, Case No.: 21-CV-11048 Mukesh Kumar et. al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. et. al. US District Court for the District of New Jersey. Please take the necessary steps to withdraw as our counsel in these matters.

We will engage another attorney to represent us in this matter.

Thank you for your attention to this matter.

Best regards,

विजेन्द्र सिंह

Mr. Vijendra Singh S/o Chunni Lal

Resident of Mahta Patti, Bhusawar, District - Bharatpur, State of Rajasthan Passport No. L8763044.

Mobile No: +919001973195