# EXHIBIT B

**Sent at:** 6/29/2023 11:17:35 AM

# Re: Urgent matter related to Civil Action No.: 21-CV-11048

From:   Daniel Werner <dan@decaturlegal.com>
  To:   Aaditya S B <aadityasblegal@yahoo.com>, Tricia Kakalec "P.K." <patricia@kakaleclaw.com>
  Cc:   Andrew Glenn <aglenn@jaffeglenn.com>, Hugh Baran <hugh@kakaleclaw.com>

Aaditya,

We are conducting our due diligence as putative class counsel in the lawsuit.  My co-counsel, Patricia Kakalec, is out of the office this week.  We'll try to get back to you next week.

In the meantime, please let us know:  (1) the reasons for the requested withdrawal; (2) the steps you will take to ensure these individuals' claims are not time-barred under the applicable statutes of limitations if they withdraw from the current lawsuit; (3) any legal action you have brought or intend to bring on behalf of the clients against any of the Defendants in our case, including the venue for the legal action; and (4) any settlement or other resolution of the clients' claims you have entered or expect to enter on the clients' behalf.

Thank you.

Daniel Werner |  Attorney at Law
Radford & Keebaugh, LLC
Main: (678) 271-0300 | Direct: (678) 271-0304
dan@decaturlegal.com
Admitted in Georgia and New York

> On 6/28/2023 9:38:52 PM, Aaditya S B <aadityasblegal@yahoo.com> wrote:
>
> This email is a follow up to previous one. I am writing to ask for your confirmation, firstly regarding your procedure to file in the court for my client's withdrawal from the civil complaint as plaintiffs and second for your withdrawal as attorneys for my clients.
> Kindly confirm that you have started the procedure for both of these as instructed by my clients.
> In case the procedure has not yet been completed for either of the above, kindly let me know the modality you shall follow and the timeline in withdrawing my clients as plaintiffs from the Class Action Complaint and your Dismissal as attorneys with prejudice, so that I may confirm to my clients that their wish for both of these instructions have been carried out completely or shall be completed as soon as possible.
> Please note that any communication with my clients regarding the civil complaint needs to be with my permission.
>
> Thank you.

Aaditya

On Friday, 23 June 2023, 11:55:41 PM IST, Aaditya S B <aadityasblegal@yahoo.com> wrote:

Thanks for your reply. I am travelling at the moment and will try to be available as earliest possible. In the meantime I request that you may let me know your questions in Email, it will be easy for me to answer and address one each at time on call either phone or on zoom. pfa Original versions of the Termination Letters; Hindi.

Thank you.

On Friday, 23 June 2023, 10:15:32 PM IST, Patricia Kakalec <patricia@kakaleclaw.com> wrote:

M. Soni:

We are in receipt of your message, but have a number of questions. When would you be available to speak by phone?

Also, please forward the original versions of the letters that you state were prepared and signed in Hindi.

Thank you.

Tricia Kakalec

Tricia Kakalec

Kakalec Law PLLC

195 Montague Street, 14th Floor, Brooklyn, NY 11201

(212) 705 –8730

(646) 759-1587 (fax)

www.KakalecLaw.com

Patricia@KakalecLaw.com

She/her



**From:** Aaditya S B <aadityasblegal@yahoo.com>
**Sent:** Friday, June 16, 2023 4:10 PM
**To:** aglenn@jaffeglenn.com; Patricia Kakalec <patricia@kakaleclaw.com>; Hugh Baran <Hugh@kakaleclaw.com>; dan@decaturlegal.com
**Subject:** Urgent matter related to Civil Action No.: 21-CV-11048

Dear Mr. Glenn, Ms. Kakalec, Mr. Baran, Mr. Werner

Please see attached document regarding important and urgent information related to Civil Action No.: 21-CV-11048.

If you have any questions, please be free to reach out to me.

Thank you.

*Aaditya SB Soni*

*Advocate*

*B.BA L.L.B*

*e-mail- aadityasblegal@yahoo.com*

*Hand- held - +917023999388*

*The contents of this email are legally privileged, private and confidential, for the use of the intended recipient(s) only. It should not be read, copied and/ or used by anyone other than the intended recipient(s). If you have received this email in error, please preserve its confidentiality, delete the email from any/ all computers and notify the sender immediately by sending a reply email.*