# EXHIBIT C

**Sent at:** 7/4/2023 2:09:18 PM

# Urgent Matter related to Civil Action No. 21-CV-11048

From: Aaditya S B <aadityasblegal@yahoo.com>
To: dan@decaturlegal.com <dan@decaturlegal.com>, Patricia Kakalec <patricia@kakaleclaw.com>, Hugh Baran <hugh@kakaleclaw.com>, Andrew Glenn <aglenn@jaffeglenn.com>
Cc: John M. Fietkiewicz <john.fietkiewicz@arnoldporter.com>, Paul J. Fishman <paul.fishman@arnoldporter.com>

Dear Mr. Werner, Ms. Kakalec, Mr. Baran, Mr. Glenn

Following is the trail of emails;

On 17th June 2023, I have shared urgent information related to Civil Action No.: 21-CV-11048 with the attached documents concerning your termination as attorneys and withdrawal of names of my 12 clients from the above mentioned Class Action.

In your reply dated 23rd June 2023 you have requested for original versions of the letter in Hindi to which I replied with required attached documents making all (Mr. Dan, Mr. Hugh, Ms. Patricia and Mr. Andrew) as recipient.

Following email on 29th June 2023, I have asked for confirmation regarding your procedure to file in the court for my clients withdrawal and your withdrawal as attorneys for my clients. Based out of instructions of my client I have asked to help me know the time by which the above instructions will be carried out at your end and completed, also asked that any communication with my 12 clients from you or your office, original plaintiffs to civil complaint be done only with my permission.

On 29th June 2023, your reply received with a few queries as to;

1. the reason of requested withdrawal

2. the steps that I will take to ensure these individual claims are not time-barred under the applicable statutes of limitations if they withdraw from the current lawsuit

3. any legal action you have brought or intend to bring on behalf of the clients against any of the defendants in our case

4. any settlement or other resolution of the clients claim you have entered or expect to enter on clients behalf.

The understated reply may be considered as part and parcel with this trail of email;
04.07.2023
Sir

I am answering each query one by one in the order as questioned;

*1. the reason for the requested withdrawal;*

Sir, my clients desire not to be part of this litigation, they believe the facts on which this case is based upon are totally false and no longer want to be part of a case based on false allegations. The Plaintiffs have given me in writing and have endorsed the documents with consent after physical presentation before Notary Public.

*2. the steps that I will take to ensure these individual claims are not time-barred under the applicable statutes of limitations if they withdraw from the current lawsuit*

Sir, to my knowledge my clients expressly wish to withdraw from the above stated Civil Action and no longer want to be part of this. They understand that the statute of limitation applies to their case; it is their voluntary withdrawal from the Civil Class Action.

*3. any legal action you have brought or intend to bring on behalf of the clients against any of the defendants in our case*

Sir, till now I have not brought any legal action against the defendants. So far, the plaintiffs just want to withdraw their names from the lawsuit, till now they believe there lies no claim against the defendants that they can claim by litigation. In future, if upon instructions, I bring any legal action against the defendants, I may keep you informed.

*4. any settlement or other resolution of the clients claim you have entered or expect to enter on clients behalf.*

Sir, my clients have not instructed me for any settlement or to enter into resolution. For the sake of their desire to withdraw their names from the lawsuit, I have informed you with written documents given to me. I have duly informed and shared the Termination letters with the defendants' counsels, Arnold and Porter.

Sir I believe in the interest of clients I keep both the sides informed and acknowledged about my clients desire and wishes, any step against the willingness of my clients may force me to get the wishes and desire addressed and fulfilled through proper channel and subsequent litigation.

I am again attaching Termination letters (Originally Signed with Left Hand Thumb Impression Letter in English Language as well Originally Signed with Left Hand Thumb Impression in Hindi Language) with my cover letter for acknowledgement of all.

Kindly peruse.

Thanks and Regards

*Aaditya SB Soni*

[B.BA]() *L.L.B*

e-mail- [aadityasblegal@yahoo.com](mailto:aadityasblegal@yahoo.com)

Hand- held - +917023999388

*The contents of this email are legally privileged, private and confidential, for the use of the intended recipient(s) only. It should not be read, copied and/ or used by anyone other than the intended recipient(s). If you have received this email in error, please preserve its confidentiality, delete the email from any/ all computers and notify the sender immediately by sending a reply email.*

**Attachments:**

Request to withdraw and terminate.pdf (3 MB)    Original Termination Letters.pdf (3 MB)