# Arnold & Porter

Paul J. Fishman
+1 973.776.1901 Direct
Paul.Fishman@arnoldporter.com

July 21, 2023

**VIA ECF**

Honorable Georgette Castner
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building and
United States Courthouse
402 East State Street
Trenton, NJ 08608

Re: Kumar, et al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., et al., No. 21-CV-11048

Dear Judge Castner:

We represent Defendants Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., BAPS Atlanta, LLC, BAPS Chicago, LLC, BAPS Chino Hills, LLC, BAPS Houston, LLC, BAPS Mercer, LLC, BAPS Robbinsville, LLC, BAPS Development, Inc., BAPS Fellowship Services, Inc., Bharat Patel, a/k/a Bharat Doe a/k/a Bharat Bhai, Kanu Patel, Pankaj Patel, Swami Prasanand a/k/a Prashant Darshan Das Sadhu, and Rakesh Patel in the above-referenced civil action.[1]

On Tuesday evening, July 18, 2023, we received correspondence that Plaintiffs' counsel filed with the Court. *See* ECF No. 34, *et seq*. We write to advise the Court that we plan to respond substantively to that letter on Monday, July 24.

Respectfully submitted,

Paul J. Fishman

---

[1] We do not represent defendants BAPS Bochasanwasi Shri Aksharpurushottam Swaminarayan Sanstha (an India Public Trust) or Harshad Chavda.

Arnold & Porter Kaye Scholer LLP
One Gateway Center, Suite 1025  |  Newark, NJ 07102-5315  |  www.arnoldporter.com

US 174295062v2