## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MUKESH KUMAR, *et al.*,

                                    *Plaintiffs,*

            *v.*

BOCHASANWASI SHRI AKSHAR
PURUSHOTTAM SWAMINARAYAN
SANSTHA, INC., *et al.*,

                                    *Defendants.*

Civ. Action No.:
21-CV-11048 (GC)(TJB)


PLEASE TAKE NOTICE that upon Plaintiffs' Memorandum of Law and all papers referenced therein, and all other papers heretofore had in this matter, the undersigned counsel will move this Court, before the Honorable Georgette Castner, United States District Judge for the District of New Jersey, at the United States Courthouse, 402 East State Street  Trenton, New Jersey 08608, at a date and time to be determined by the Court, for leave to withdraw as counsel for Plaintiffs Brajendra, Prem Singh, Chhail Wiharee, Shyam Sunder, Lauxmi Narain, Umesh Chand, Keshav Kumar, Harendra, Ramkishan, Bablu, Vijendra Singh, and Pappu.

Responsive papers, if any, are due in accordance with the schedule set forth by the Court.

DATED:      Princeton, NJ
            August 16, 2023
                            JAFFE GLENN LAW GROUP
                            /s/ Andrew Glenn
                            Andrew Glenn
                            300 Carnegie Center, Ste. 150
                            Princeton, NJ 08540

(201) 431-8069
aglenn@jaffeglenn.com
*Attorneys for Plaintiffs*

Patricia Kakalec
Hugh Baran
Kakalec Law PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201
(212) 705-8730
Patricia@KakalecLaw.com
Hugh@KakalecLaw.com
(admitted pro hac vice)

Daniel Werner
Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, GA 30030
(678) 271-0304
dan@decaturlegal.com
(admitted pro hac vice)