# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, *et al.*, | |
| *Plaintiffs,* | Civ. Action No.: 21-CV-11048 (GC)(TJB) |
| v. | |
| BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., *et al.*, | |
| *Defendants.* | |

## ORDER GRANTING LEAVE TO WITHDRAW

This matter having been brought before the Court by Andrew Glenn of Jaffe Glenn Law Group, attorneys for the Plaintiffs in the above-referenced case, on a motion by Jaffe Glenn Law Group, P.A., Kakalec Law PLLC, and Radford & Keebaugh, LLC ("Moving Counsel") to withdraw as counsel for Plaintiffs Brajendra, Prem Singh, Chhail Wiharee, Shyam Sunder, Lauxmi Narain, Umesh Chand, Keshav Kumar, Harendra, Ramkishan, Bablu, Vijendra Singh, and Pappu (the "Twelve Plaintiffs");

It is hereby ORDERED that the motion of Moving Counsel is granted, and Moving Counsel are withdrawn as counsel for the Twelve Plaintiffs; and it is further

ORDERED that Moving Counsel shall serve a copy of this Order upon the Twelve Plaintiffs by emailing a copy to the purported attorney for the Twelve Plaintiffs, Aaditya SB Soni.

Dated: Trenton, NJ
September  21  , 2023

s/Tonianne J. Bongiovanni
U.S.M.J.

[Docket Entry No. 44 is terminated].