Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLC**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
201-441-9056
mberman@hdrbb.com
*Attorneys for Plaintiffs*
*Keshav Kumar, Pappu, Brajendra,*
*Shyam Sunder, Prem Singh, Bablu,*
*Chhail Wiharee, Ramkishan, Harendra,*
*Lauxmi Narain, Umesh Chand, and Vijendra Singh*

|  |  |
|---|---|
| MUKESH KUMAR, *et al.*,<br><br>                        Plaintiffs,<br><br>- vs —<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., *et al.*,<br><br>                        Defendants. | **UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 21-11048 (GC)<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL OF CLAIMS** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the following Plaintiffs voluntarily dismiss their claims in the captioned matter:

| | |
|---|---|
| Keshav Kumar | Chhail Wiharee |
| Pappu | Ramkishan |
| Brajendra | Harendra |
| Shyam Sunder | Lauxmi Narain |
| Prem Singh | Umesh Chand |
| Bablu | Vijendra Singh |

With respect to the listed Plaintiffs' dismissal of their Fair Labor Standard Act claims, undersigned counsel declares as follows:

1) Upon information and belief, no opposing party has served an answer or a motion for summary judgment in the captioned matter;

2) Counsel has spoken with each of the listed Plaintiffs and confirmed that none has received, or expects to receive, any benefit or consideration from any Defendant or any other person in exchange for his voluntary dismissal of his claims;

3) Plaintiffs' dismissal of their claims is not the product of a settlement with any Defendant or any other party; and

4) Plaintiffs no longer desire to pursue this action for reasons of religious conviction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

It is so ordered this 10th day of October, 2023

*Georgette Castner*
Georgette Castner, U.S.D.J.

Respectfully submitted,

*Mark A. Berman*
Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**
433 Hackensack Avenue, Suite 1002,
Hackensack, New Jersey 07601
201-441-9056
mberman@hdrbb.com
*Attorneys for Plaintiffs*
*Keshav Kumar, Pappu, Brajendra, Shyam Sunder, Prem Singh, Bablu, Chhail Wiharee, Ramkishan, Harendra, Lauxmi Narain, Umesh Chand, and Vijendra Singh*

Dated: October 2, 2023

- 2 -