UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., *et al.*, <br><br> *Defendants.* | Civ. Action No.: <br> 21-CV-11048 (GC)(TJB) |

**ORDER CORRECTING PARTY NAME**

This matter having been brought before the Court through a consent order submitted by counsel for Plaintiffs Mukesh Kumar, Davi Laal, Niranjan, Mahendra Kumar, Rama Ram, Ramesh Kumar, Deva Ram, Rupa Ram, and Khima Ram Rebari, to correct the name of Plaintiff Niranjan, who has no last or second name, and which is mis-entered on the docket as "Niranjan Pappu," and with Defendants Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., BAPS Atlanta, LLC, BAPS Chicago, LLC, BAPS Chino Hills, LLC, BAPS Houston, LLC, BAPS Mercer, LLC, BAPS Robbinsville, LLC, BAPS Development, Inc., BAPS Fellowship Services, Inc., Bharat Patel, a/k/a Bharat Doe a/k/a Bharat Bhai, Kanu Patel, Pankaj Patel, Swami Prasanand a/k/a Prashant Darshan Das Sadhu, and Rakesh Patel  consenting to the relief sought by Plaintiffs,

It is hereby **ORDERED** that the request of Plaintiffs' Counsel to correct Plaintiff Niranjan's name on the docket to conform with his name as listed in the Second Amended Complaint, ECF No. 26, is granted.

The Clerk of the Court is respectfully directed to correct the name of the party currently listed on the docket as NIRANJAN PAPPU to the following: **NIRANJAN**.

Dated: Trenton, NJ
      **April 12, 2024**                   <u>s/Tonianne J. Bongiovanni</u>
                                                         Hon. Tonianne J. Bongiovanni, U.S.M.J.