# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MUKESH KUMAR, *et al.*,<br><br>                              *Plaintiffs*,<br><br>                    *v.*<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., *et al.*,<br><br>                              *Defendants.* | Civ. Action No.:<br>3:21-cv-11048 (GC)(TJB)<br><br>**NOTICE OF WITHDRAWAL OF HUGH BARAN** |

**To:    The Clerk of Court and all parties of record:**

PLEASE TAKE NOTICE that I hereby withdraw as counsel of record in this matter as I am moving to a new law firm. I hereby request removal from service of any further pleadings in connection with this matter. Plaintiffs will continue to be ably represented by counsel of record, Andrew Glenn of Jaffe Glenn Law Group, P.A., *pro hac vice* counsel Patricia Kakalec of Kakalec Law PLLC, and *pro hac vice* counsel Daniel Werner of Radford Scott, LLP.


Dated:      New York, New York
            July 29, 2024

                              Hugh Baran
                              Kakalec Law PLLC
                              80 Broad Street, Suite 703
                              New York, NY 10004
                              (212) 705-8730
                              Hugh@KakalecLaw.com