UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, *et al.*,<br><br>            *Plaintiffs,*<br><br>    v.<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., *et al.*,<br><br>            *Defendants.* | Civ. Action No.:<br>21-CV-11048 (GC)(TJB) |

**NOTICE OF MOTION TO LIFT STAY
OR ALTERNATIVELY TO SEVER**

PLEASE TAKE NOTICE that upon Plaintiffs' Memorandum of Law, the September 12, 2025 Declaration of Patricia Kakalec and the exhibit thereto, and all other papers heretofore had in this matter, the undersigned counsel for Plaintiffs will move this Court, before the Honorable Georgette Castner, United States District Judge for the District of New Jersey, at the United States Courthouse, 402 East State Street Trenton, New Jersey 08608, on a date and time to be assigned by the Court, for an Order lifting the Trafficking Victim Protection Act ("TVPA") stay in this case to allowing the case to proceed. Alternatively, if the Court declines to lift the TVPA

stay, Plaintiffs seek an Order under Federal Rule of Civil Procedure 21 severing certain of Plaintiffs' claims and allowing those claims to separately proceed.

Responsive papers, if any, are due in accordance with Federal Rules of Civil Procedures and the Local Rules of the District of New Jersey.

Dated:   Princeton, NJ
         September 12, 2025

                         JAFFE GLENN LAW GROUP

                         Andrew Glenn
                         300 Carnegie Center, Ste. 150
                         Princeton, NJ 08540
                         (201) 431-8069
                         aglenn@jaffeglenn.com

                         Patricia Kakalec
                         Kakalec Law PLLC
                         80 Broad Street, Suite 703
                         New York, NY 10004
                         (212) 705-8730
                         Patricia@KakalecLaw.com
                         *(admitted pro hac vice)*

                         Daniel Werner
                         Radford Scott LLP
                         125 Clairemont Avenue, Suite 380
                         Decatur, GA 30030
                         (678) 271-0304
                         dwerner@radfordscott.com
                         *(admitted pro hac vice)*

                         *Attorneys for Plaintiffs*