# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>        *Plaintiffs,*<br><br>      v.<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., *et al.*,<br><br>        *Defendants.* | Civ. Action No.:<br>21-CV-11048-GC-TJB |

## NOTICE OF MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT BOCHASANWASI SHRI AKSHARPURUSHOTTAM SWAMINARAYAN SANSTHA (AN INDIA PUBLIC TRUST)

PLEASE TAKE NOTICE that upon Plaintiffs' Memorandum of Law, the accompanying Declaration of Daniel Werner and exhibits thereto, and all other papers heretofore had in this matter, the undersigned counsel for Plaintiffs will move this Court, before the Honorable Tonianne J. Bongiovanni, United States Magistrate Judge for the District of New Jersey, at the United States Courthouse, 402 East State Street Trenton, New Jersey 08608, on a date and time to be assigned by the Court, for an Order permitting alternative service on Defendant Bochasanwasi Shri Aksharpurushottam Swaminarayan Sanstha (an India Public Trust).

Responsive papers, if any, are due in accordance with Federal Rules of Civil Procedures and the Local Rules of the District of New Jersey.

Dated:     Princeton, NJ
           October 11, 2025

>JAFFE GLENN LAW GROUP
>
>/s/ Andrew Glenn
>Andrew Glenn
>300 Carnegie Center, Ste. 150
>Princeton, NJ 08540
>(201) 687-9977
>aglenn@jaffeglenn.com
>
>Patricia Kakalec
>Kakalec Law PLLC
>80 Broad Street, Suite 703
>New York, NY 10004
>(212) 705-8730
>Patricia@KakalecLaw.com
>*(admitted pro hac vice)*
>
>Daniel Werner
>Radford Scott LLP
>125 Clairemont Avenue, Suite 380
>Decatur, GA 30030
>(678) 271-0304
>dwerner@radfordscott.com
>*(admitted pro hac vice)*
>
>*Attorneys for Plaintiffs*