

EXHIBIT
1

## JaffeGlenn
### law group, p.a.

300 Carnegie Center, Suite 150, Princeton, NJ 08540
Tel: (201) 687-9977   Facsimile: (201) 595-0308     Toll: (866) 216-4124
Florida ● New Jersey ● New York

March 24, 2022

Central Authority
The Ministry of Law and Justice
Department of Legal Affairs
Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan
New Delhi, 110 001 India

      **Re:**   *Mukesh Kumar, et al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., et al.*, **Case No. 21-CV-11048-AET-TJB**

Dear Colleagues:

On behalf of my clients, Plaintiffs Mukesh Kumar, Keshav Kumar, Devi Laal, Niranjan, Pappu, Brajendra, Mahendra Kumar, Shyam Sunder, Prem Singh, Bablu, Chhail Wiharee, Ramkishan, Harendra, Lauxmi Narain, Rama Ram, Umesh Chand, Vijendra Singh, Ramesh Kumar, Deva Ram, Rupa Ram, and Khima Ram Rebari, I have the honor to transmit to you two Requests pursuant to the 1965 Hague *Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.*

The two Requests are provided in duplicate, as are the documents to be served. I request service of process pursuant to Article 5, paragraph 1, sub-paragraph (a) of the Convention. That is, in a manner dictated by your local law and custom.

The persons and entities within the United States competent to forward service requests pursuant to Article 3 include any court official, **any attorney,** or any other person or entity authorized by the rules of the court. The U.S. declarations may be accessed at http://www.hcch.net/ index_en.php?act=authorities.details&aid=279.

Please inform me of the dates of service of the documents upon each of the following two addressees:

1

1. BOCHASANWASI SHRI AKSHARPURUSHOTTAM SWAMINARAYAN SANSTHA (an India Public Trust) *a/k/a* BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA
2. HARSHAD CHAVDA

If you would be so kind, please complete the Hague Certificate provided on the reverse of each Request form, for each addressee. The Certificates may be returned directly to me as the requesting authority. Please feel free to contact me with any questions you may have, by email (aglenn@jaffeglenn.com) or by telephone (+1.201.431.8069).

Many thanks,

Andrew Glenn
New Jersey, Bar #026491992
*New Jersey Counsel for Plaintiffs*

cc:    Patricia Kakalec & Hugh Baran, Kakalec Law PLLC (by email)
Daniel Werner, Radford & Keebaugh, LLC (by email)
*Attorneys for Plaintiffs*

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Andrew Glenn, Attorney<br>Jaffe Glenn Law Group<br>300 Carnegie Center, Suite 150<br>Princeton, NJ 08540, USA<br>E: aglenn@jaffeglenn.com<br>Tel.: +1.201.687.9977 | Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan<br>New Delhi, 110 001 India |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address) / (identité et adresse)**

BOCHASANWASI SHRI AKSHARPURUSHOTTAM SWAMINARAYAN SANSTHA (an India Public Trust) a/k/a BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA
BAPS Shri Swaminarayan Mandir
Shahibaug Road
Ahmedabad, Gujarat 380004
India

| | | |
|---|---|---|
| ■ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents / Énumération des pièces**

Hague Service Convention Warning; Summary of the Document to Be Served; Summons on Amended Complaint; Second Amended Collective and Class Action Complaint with Exhibit A; Civil Cover Sheet; Hindi Translation of Second Amended Collective and Class Action Complaint with Exhibit A

\* if appropriate / s'il y a lieu

| Done at / Fait à<br>Princeton, NJ<br>USA<br><br>The / le   24, 03, 2022 | Signature and/or stamp<br>Signature et/ ou cachet<br><br>*[signature]* |
|---|---|

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
que la demande a été exécutée*

| — | the (date) / le (date): | |
|---|---|---|
| — | at (place, street, number):<br>à (localité, rue, numéro) : | |

| — | in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | |
|---|---|---|
| ☐ | a) | in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | in accordance with the following particular method*:<br>selon la forme particulière suivante* : |
| ☐ | c) | by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| |

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes / Annexes**

| Documents returned:<br>Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| Done at / Fait à<br><br>The / le | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Andrew Glenn, Attorney<br>Jaffe Glenn Law Group<br>300 Carnegie Center, Suite 150<br>Princeton, NJ 08540, USA<br>E: aglenn@jaffeglenn.com<br>Tel.: +1.201.687.9977 | Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan<br>New Delhi, 110 001 India |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address) /** (identité et adresse)

BOCHASANWASI SHRI AKSHARPURUSHOTTAM SWAMINARAYAN SANSTHA (an India Public Trust) a/k/a BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA
BAPS Shri Swaminarayan Mandir
Shahibaug Road
Ahmedabad, Gujarat 380004
India

| ■ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
|---|---|---|
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

Hague Service Convention Warning; Summary of the Document to Be Served; Summons on Amended Complaint; Second Amended Collective and Class Action Complaint with Exhibit A; Civil Cover Sheet; Hindi Translation of Second Amended Collective and Class Action Complaint with Exhibit A

* if appropriate / s'il y a lieu

| **Done at / Fait à**<br>Princeton, NJ<br>USA<br><br>**The / le** 24, 03, 2022 | **Signature and/or stamp**<br>Signature et / ou cachet<br><br>*[signature]* |
|---|---|

Generated by:   HAGUE ENVOY

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| — | the (date) / le (date): | |
|---|---|---|
| — | at (place, street, number):<br>à (localité, rue, numéro) : | |

| — | in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | |
|---|---|---|
| ☐ | a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* | |
| ☐ | b) **in accordance with the following particular method\*:**<br>selon la forme particulière suivante\* : | |
| ☐ | c) **by delivery to the addressee, if he accepts it voluntarily\***<br>par remise simple\* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

**Annexes** / Annexes

| Documents returned:<br>Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| Done at / Fait à<br><br>The / le | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Andrew Glenn, Attorney<br>Jaffe Glenn Law Group<br>300 Carnegie Center, Suite 150<br>Princeton, NJ 08540, USA<br>E: aglenn@jaffeglenn.com<br>Tel.: +1.201.687.9977 | Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan<br>New Delhi, 110 001 India |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address) / (identité et adresse)**

HARSHAD CHAVDA
c/o Divine Stone
F-12, RICCO Industrial Area
Sirohi Road, Pindwara
Sirohi, Rajasthan 307022
India

| | | |
|---|---|---|
| ■ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

### List of documents / Énumération des pièces

Hague Service Convention Warning; Summary of the Document to Be Served; Summons on Amended Complaint; Second Amended Collective and Class Action Complaint with Exhibit A; Civil Cover Sheet; Hindi Translation of Second Amended Collective and Class Action Complaint with Exhibit A.

\* if appropriate / s'il y a lieu

| Done at / Fait à<br>Princeton, NJ<br>USA<br>The / le  24, 03, 2022 | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒  **1. that the document has been served***
que la demande a été exécutée*

| — | the (date) / le (date): | |
|---|---|---|
| — | **at (place, street, number):** à (localité, rue, numéro) : | |

| — | | **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : |
|---|---|---|
| ☐ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method*:** selon la forme particulière suivante* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☒  **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| |

☒  **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| **Documents returned:** Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| **Done at / Fait à** **The / le** | **Signature and/or stamp** Signature et / ou cachet |
|---|---|

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Andrew Glenn, Attorney<br>Jaffe Glenn Law Group<br>300 Carnegie Center, Suite 150<br>Princeton, NJ 08540, USA<br>E: aglenn@jaffeglenn.com<br>Tel.: +1.201.687.9977 | Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan<br>New Delhi, 110 001 India |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address) / (identité et adresse)**

> HARSHAD CHAVDA
> c/o Divine Stone
> F-12, RICCO Industrial Area
> Sirohi Road, Pindwara
> Sirohi, Rajasthan 307022
> India

| | | |
|---|---|---|
| ■ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

**List of documents / Énumération des pièces**

Hague Service Convention Warning; Summary of the Document to Be Served; Summons on Amended Complaint; Second Amended Collective and Class Action Complaint with Exhibit A; Civil Cover Sheet; Hindi Translation of Second Amended Collective and Class Action Complaint with Exhibit A.

\* if appropriate / s'il y a lieu

| Done at / Fait à<br>Princeton, NJ<br>USA<br><br>The / le 24, 03, 2022 | Signature and/or stamp<br>Signature et / ou cachet<br><br>*[signature]* |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

■   **1. that the document has been served***
que la demande a été exécutée*

| — | the (date) / le (date): | |
|---|---|---|
| — | **at (place, street, number):**<br>à (localité, rue, numéro) : | |

| — | | **in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : | |
|---|---|---|---|
| □ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* | |
| □ | b) | **in accordance with the following particular method*:**<br>selon la forme particulière suivante* : | |
| □ | c) | **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

■   **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| |

■   **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| **Documents returned:**<br>Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

\* If appropriate / s'il y a lieu

| **Done at / Fait à**<br><br>**The / le** | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

Generated by:   **HAGUE ENVOY**