## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, *et al.*,<br><br>      *Plaintiffs,*<br><br>   *v.*<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., *et al.*,<br><br>      *Defendants.* | Case No.: 21-CV-11048-GC-TJB<br><br>Hon. Georgette Castner<br>Hon. Tonianne J. Bongiovanni |

## DECLARATION OF KANU PATEL IN RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINT AND OTHER RELIEF

I, Kanu Patel, declare as follows:

1. I am an individual Defendant in the captioned case, and also serve as a Director and the President and Chief Executive Officer of Defendant Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. ("BAPS Inc."), as well as the Director of Defendants BAPS Fellowship Services Inc., BAPS Mercer LLC, BAPS Robbinsville LLC, BAPS Atlanta, LLC, BAPS Chino Hills, LLC, BAPS Houston LLC, and BAPS Chicago, LLC.

2. I am familiar with this lawsuit and with the Plaintiffs' allegations described in the Second Amended Complaint (ECF No. 26).

3. I am aware of and have received and reviewed a copy of Plaintiffs'

1

motion for Immediate Temporary Restraining Order, Preliminary Injunction, Expedited Hearing and other relief, filed on February 17, 2026 ("Plaintiffs' Motion"; ECF No. 98, *et. seq.*).

4.     Learning about and reviewing Plaintiffs' Motion was the first I became aware that someone was contacting anyone associated with this lawsuit, supposedly on behalf of "the temple" or BAPS.

5.     I have not contacted, and will not contact, Ramesh Kumar, or any other Plaintiff, either named or part of the putative class, associated with this lawsuit.  Nor have I purposely contacted, and will not purposely contact, any family member of any of those individuals.[1]

6.     I also have not explicitly or implicitly authorized anyone else to contact any Plaintiff, or a family member of any Plaintiff, in this case.

7.     Moreover, I do not know anyone named "Omar" or Sushant Pednekar and I do not know who contacted Ramesh Kumar, as described in Plaintiffs' Motion.

8.     Finally, to the best of my knowledge, Sushant Pednekar is not part of BAPS's legal team and has not been retained by any Domestic Defendant.

---

[1] Although I have no intention of contacting any members of Plaintiffs' families, I request a list of family members to confirm that I have not inadvertently contacted them, and to avoid contact in the future. Either way, I have not spoken with anyone, other than BAPS's leadership and legal team, about this case or about resolving this case.

I declare under penalty of perjury pursuant to 28 USC § 1746 that the foregoing is true and correct.

Dated: February 21, 2026

_____
Kanu Patel

3