# Arnold & Porter

**John M. Fietkiewicz**
+1 973.776.1902 Direct
John.Fietkiewicz@arnoldporter.com

March 3, 2026

**VIA ECF**

Honorable Georgette Castner
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   *Kumar, et al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., et al.*, No. 21-CV-11048

Dear Judge Castner:

We represent Defendants Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., BAPS Mercer LLC, BAPS Robbinsville LLC, BAPS Fellowship Services, Inc., Bharat Patel, Pankaj Patel, Kanu Patel, Prashant Darshan Das Sadhu, BAPS Atlanta, LLC, BAPS Chino Hills, LLC, BAPS Development, Inc., BAPS Houston, LLC, BAPS Chicago, LLC, and Rakesh Patel (collectively, the "Domestic Defendants").

We respectfully request leave to file a reply in further support of Domestic Defendants' Motion to Dismiss of up to 30 pages (the "Reply"). The brief is due on Monday, March 9, 2026. Plaintiffs have consented to a 23-page Reply but do not consent to 30 pages.

Good cause exists for an enlargement. Plaintiffs' Second Amended Complaint spans 85 pages, asserts ten causes of action, and raises complex issues under multiple statutory and common-law frameworks, including the Trafficking Victims Protection Act ("TVPA"), the Racketeer Influenced and Corrupt Organizations Act ("RICO"), and wage-and-hour and quasi-contract theories across five states. Plaintiffs also pursue a putative FLSA collective and five different Rule 23 classes, each tied to alleged practices at different locations nationwide. Your Honor granted Domestic Defendants and Plaintiffs an additional 20 pages each for their respective briefs (60 pages instead of 40, using 14-point-font, *see* ECF No. 95).

Domestic Defendants are now pressed to try to address a plethora of issues Plaintiffs raised in their 60-page opposition. Indeed, Plaintiffs addressed more than 25 points and sub-points, and cited 125 cases. Under the local rules, Domestic Defendants

**Arnold&Porter**

Judge Tonianne J. Bongiovanni
March 3, 2026
Page 2

are allowed 15 pages for their Reply.  *See* L.Civ.R. 7.2; 7.1(d)(3).  While Domestic Defendants aim to be efficient, and do not plan to retread trodden ground in their Reply, the default is insufficient to even partially respond to just some of Plaintiffs' arguments. On the other hand, 30 pages is more commensurate with the enlargement already granted to the parties.

For these reasons, Domestic Defendants respectfully request leave to file a Reply of up to 30 pages.  If the Court agrees, we respectfully ask that it "So Order" this letter.

Respectfully submitted,

ARNOLD & PORTER
KAYE SCHOLER LLP

By _____
John M. Fietkiewicz

By _____
Rosemary Alito

WEIL, GOTSHAL & MANGES LLP

By _____
Pravin R. Patel

cc:    All Counsel of Record via ECF

IT IS on this _____ day of March, 2026
SO ORDERED.

_____
HON. GEORGETTE CASTNER, U.S.D.J.