## KATZ BANKS KUMIN

**Hugh Baran, Partner**
**Phone:  646-759-4501**
**Email:  baran@katzbanks.com**

March 26, 2026

**By ECF**

The Hon. Georgette Castner, United States District Judge
The Hon. Tonianne J. Bongiovanni, United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 East State Street, Trenton, NJ 08608

Re:    *Kumar, et al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., et al.*, No. 21-CV-11048 (GC)(TJB)

Dear Judges Castner and Bongiovanni:

Our office, along with Radford Scott LLP and Kakalec Law PLLC, represents Plaintiffs Mukesh Kumar, Davi Laal, Niranjan, Mahendra Kumar, Rama Ram, Ramesh Kumar, Deva Ram, Rupa Ram, and Khima Ram Rebari in the above-referenced case. We write to respond briefly to the March 24, 2026 letter from the Domestic Defendants in response Plaintiffs' request for a conference to set a discovery schedule in this case.

As an initial matter, the Domestic Defendants did not accurately characterize Judge Bongiovanni's statements regarding discovery during the pendency of their motion to dismiss. We attempted to request a copy of the transcript from the October 27, 2025 conference in which this topic was discussed, but we understand from the Courtroom Deputy that the conference was not recorded and so no transcript can be requested.

While we acknowledge that during the October 27th conference the Court indicated that in the District Court of New Jersey, discovery is often stayed during the pendency of a motion to dismiss, the Court did not make a ruling on the timing of discovery as applied to this particular case.[1] Contrary to Defendants' characterization, there was no direction from the Court with regard to discovery, and there was certainly nothing that Plaintiffs should have objected to at that time. Our request for a conference now in no way reflects a "change of heart," as it was always Plaintiffs' intention to, at the appropriate time, request that discovery proceed while the motion to dismiss is pending.

As to Defendants' other arguments, so as not to burden the Court with excessive submissions on a simple request for a conference, we just note that we disagree with Defendants' positions and believe that these issues would be appropriately addressed in a conference.

Respectfully submitted,

/s/ Hugh Baran
Hugh Baran
*Counsel for Plaintiffs*

---

[1] While I was not on the case at the time of the October 27th conference, my co-counsel Patricia Kakalec (Kakalec Law PLLC) and Daniel Werner (Radford Scott LLP) attended and have provided these details.