**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MUKESH KUMAR, *et al.*,<br><br>     *Plaintiffs,*<br><br>  *v.*<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., *et al.*,<br><br>     *Defendants.* | Civ. Action No.:<br>21-CV-11048 (GC)(TJB)<br><br>**CONSENT ORDER FOR PRO HAC VICE ADMISSION OF ANTHONY DAMELIO** |

This matter having been brought before the Court by Hugh Baran of Katz Banks Kumin LLP, attorneys for the Plaintiffs in the above-referenced case request an order to allow Anthony Damelio of the firm Kakalec Law PLLC to appear and participate in this action pro hac vice; all Defendants having consented to Anthony Damelio's admittance; and pursuant to the preferences of Hon. Tonianne J. Bongiovanni as to appropriate process for requesting pro hac vice status;

It is hereby ORDERED that Anthony Damelio, a member in good standing of the Bar of the State of New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of Katz Banks Kumin LLP or Jaffe Glenn Law

Group P.A., attorneys for record for the Plaintiffs, who are admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Anthony Damelio shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Anthony Damelio shall make a payment of $250 to the Clerk of the United States District Court in accordance with Local Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Anthony Damelio shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 13.1, Judicial Ethics and Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys; and it is further

ORDERED that Anthony Damelio shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

2

ORDERED that Anthony Damelio shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that Katz Banks Kumin LLP may file a request, the form of which is available at the Court's Website, with the Clerk of the Court for Anthony Damelio to receive electronic notifications in this matter.


DATED:    Trenton, NJ
          June 2, 2026


                              s/Tonianne J. Bongiovanni
                              U.S.M.J.

3