## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MUKESH KUMAR, et al.

Plaintiffs,

v.

BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., et al.,

Defendants.

Hon. Georgette Castner
Hon. Tonianne J. Bongiovanni

Case No. 3:21-cv-11048 (GC) (TJB)

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF AMANDA J. RAINES**

This matter having come before the Court on the application of John M. Fietkiewicz of Arnold & Porter Kaye Scholer LLP, attorney for Defendants Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., BAPS Mercer, LLC, BAPS Robbinsville, LLC, BAPS Fellowship Services, Inc., Bharat Patel, a/k/a Bharat Doe a/k/a Bharat Bhai, Pankaj Patel, Kanu Patel, Swami Prasanand a/k/a Prashant Darshan Das Sadhu, BAPS Atlanta, LLC, BAPS Chino Hills, LLC, BAPS Development, Inc., BAPS Houston, LLC, BAPS Chicago, LLC, and Rakesh Patel, for the admission pro hac vice of Amanda J. Raines ("counsel") pursuant to Local Civil Rule. 101.1; and Counsel for Plaintiffs, Defendant Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha (an Indian Public Trust), and Defendant Harshad Chavda having consented to the pro hac vice admission of Amanda J. Raines; and the Court having considered the submissions in support of the motion, which reflect that counsel satisfies the requirements set forth in Local Civ. R. 101.1(c)(1); and for good cause shown,

IT IS ON THIS 2nd day of June , 2026

ORDERED that the motion for the admission pro hac vice of counsel is granted;

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's

1

standing at the bar of any court;

IT IS FURTHER ORDERED that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

IT IS FURTHER ORDERED that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to New Jersey Court Rule 1:28-2, for each year in which counsel represents the client in this matter, in accordance with Local Civ. R. 101.1(c)(2);

IT IS FURTHER ORDERED that counsel shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with Local Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or their inability to be in attendance at proceedings.

Dated: June 2, 2026

HON. TONIANNE J. BONGIOVANNI,
U.S. Magistrate Judge

2