## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, *et al.*,<br><br>　　　　*Plaintiffs*,<br>v.<br><br>BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARA-YAN SANSTHA, INC., *et al.*,<br><br>　　　　*Defendants*. | Case No. 21-CV-11048-GC-TJB<br><br>Hon. Georgette Castner<br>Hon. Tonianne J. Bongiovanni<br><br>**NOTICE OF DEFENDANT HARSHAD CHAVDA'S MOTION TO DISMISS** |

**TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Defendant Harshad Chavda will move before the Honorable Georgette Castner, United States District Judge, on July 20, 2026 for an Order dismissing all claims asserted in Plaintiffs' Second Amended Collective and Class Action Complaint (Dkt. 26) against Defendant Chavda and granting further relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion to dismiss, Mr. Chavda will rely on this Notice, the accompanying Memorandum of Law, and all pleadings or other documents filed before the Court in this case.

Mr. Chavda is also attaching a proposed order granting his motion to dismiss, in accordance with Local Civil Rule 7.1(e).

[*signature block on the following page*]

Dated: June 17, 2026                    Respectfully submitted,

                                        */s/ Michael K. Halper*
                                        Michael K. Halper
                                        **HALPER LAW**
                                        43 W. 43rd St., Suite 356
                                        New York, New York 10036
                                        Telephone: (646) 416-9362
                                        E-mail: michael@halper.law

                                        Daniel P. Guernsey*
                                        **GUERNSEY LAW, PLLC**
                                        1221 Brickell Ave., Ste. 900
                                        Miami, Florida 33131
                                        Telephone: (305) 757-1738
                                        E-mail: dpg@guernsey-law.com
                                        *pro hac vice motion pending*

                                        *Attorneys for Harshad Chavda*