UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUKESH KUMAR, *et al.*, <br><br>     Plaintiffs, <br><br> v. <br><br> BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC., *et al.*, <br><br>     Defendants. | Case No.: 21-CV-11048-GC-TJB <br><br> Hon. Georgette Castner <br> Hon. Tonianne J. Bongiovanni <br><br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that on July 20, 2026 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Bochasanwasi Shri Aksharpurushottam Swaminarayan Sanstha (an India Public Trust) a/k/a Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha ("BAPS India") will apply before the Honorable Georgette Castner, United States District Judge, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 5E, Trenton, NJ 08608, for an Order, pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), dismissing all claims asserted against BAPS India in the Second Amended Collective and Class Action Complaint, and granting such other relief the Court deems just and proper.

1

PLEASE TAKE FURTHER NOTICE that in support of this motion, BAPS India will rely on this Notice of Motion, the concurrently filed Memorandum of Law, the Declaration of Ritesh Gadhia in Support of BAPS India's Motion to Dismiss the Plaintiffs' Second Amended Collective and Class Action Complaint, and all pleadings and other documents filed with the Court in this action. A Proposed Order granting BAPS India's motion is submitted herewith in accordance with Local Civil Rule 7.1(e).

<div style="margin-left:50%">

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.
*Attorneys for Defendant*
*BAPS India*

By:*/s/ Vikas Khanna*
    Vikas Khanna
    Jonathan Fayer
    One Riverfront Plaza
    Newark, New Jersey 07102
    T: (973) 643-7000
    F: (973) 643-6500
    E: vkhanna@sillscummis.com
       jfayer@sillscummis.com

</div>

Dated: June 17, 2026