# KATZ BANKS KUMIN

**Hugh Baran, Partner**
**Phone:  646-759-4501**
**Email:  baran@katzbanks.com**

June 23, 2026

**By ECF**

The Honorable Georgette Castner, United States District Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 East State Street, Trenton, NJ 08608

> Re:     *Kumar, et al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., et al.*, No. 21-CV-11048 (GC)(TJB)

Dear Judge Castner:

Our office, along with Kakalec Law PLLC and Radford Scott LLP, represents Plaintiffs Mukesh Kumar, Davi Laal, Niranjan, Mahendra Kumar, Rama Ram, Ramesh Kumar, Deva Ram, Rupa Ram, and Khima Ram Rebari in the above-referenced case. Pursuant to the Court's June 18, 2026 Order and Individual Practice Rules, Plaintiffs write to respectfully seek leave of the Court to file one letter, not to exceed six pages, in response to the motions to dismiss (the "Motions") filed by Defendants Harshad Chavda and Bochasanwasi Shri Aksharpurushottam Swaminarayan Sanstha (collectively, the "Foreign Defendants"), ECF Nos. 152, 154.

The Foreign Defendants move to dismiss, *inter alia*, on the merits pursuant to Rule 12(b)(6) and for lack of personal jurisdiction pursuant to Rule 12(b)(2). In light of the similarity of the Foreign Defendants' arguments regarding personal jurisdiction, *see* ECF Nos. 152-1, 154-1, Plaintiffs believe that one letter would more efficiently and thoroughly address these arguments. Accordingly, Plaintiffs respectfully seek the Court's leave to file one letter, not to exceed six pages, in response to the Motions.

We thank the Court for its attention to this matter.

It is so ordered this
24th day of June, 2026. The
Clerk's Office is directed to
TERMINATE the motion
pending at ECF No. 156.

*Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.

Respectfully submitted,

/s/ Hugh Baran
Hugh Baran

*Counsel for Plaintiffs Mukesh Kumar, Davi Laal, Niranjan, Mahendra Kumar, Rama Ram, Ramesh Kumar, Deva Ram, Rupa Ram, and Khima Ram Rebari, the Proposed FLSA Collective, and the Proposed Classes*