# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Vikas Khanna
Member
Direct Dial: 973-643-6993
Email: vkhanna@sillscummis.com**

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561) 693-0440
Fax: (561) 828-0142

July 9, 2026

**VIA ECF**

Honorable Georgette Castner
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:    *Kumar, et al. v. Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc., et al.*, 3:21-cv-11048-GC-TJB

Dear Judge Castner:

I represent Defendant Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha (an Indian Public Trust) ("BAPS India") and write on behalf of Defendants BAPS India and Harshad Chavda (collectively, "Foreign Defendants") to respectfully request an extension of the briefing schedule of their motions to dismiss. Pursuant to a Text Order, dated June 29, 2026, the Court relisted Foreign Defendants' motions to dismiss and directed that Plaintiffs file any opposition by July 20, 2026, and Foreign Defendants' file any replies by July 27, 2026. *See* ECF No. 160. To accommodate personal travel by counsel, Foreign Defendants respectfully request that the briefing schedule be amended as follows: Plaintiffs may file any opposition to Foreign Defendants' motions to dismiss by August 3, 2026; and Foreign Defendants may file any replies by August 17, 2026. Plaintiffs consent to this request. If the Court agrees, we respectfully ask that it "So Order" this letter.

**Sills Cummis & Gross**
A Professional Corporation

Hon. Georgette Castner
July 9, 2026
Page 2

Respectfully submitted,

*/s/ Vikas Khanna*
Vikas Khanna, Esq.
Jonathan Fayer, Esq.
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 643-6993
vkhanna@sillscummis.com
*Attorney for Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha (an Indian Public Trust)*

cc:    All Counsel of Record (via eCourts)

**IT IS on this _____ day of July, 2026**

**SO ORDERED.**

_____
**HON. GEORGETTE CASTNER, U.S.D.J**